APPEAL No. 76-444. JAMES MURRAY *et al.* *v.* JOHN H. NORBERG *et al.* The motion of Rhode Island Affiliate of the American Civil Liberties Union to file an amicus curiae brief is granted. Bevilacqua, C. J., not participating. *James Murray,* pro se, *Seth K. Gifford, Anthony F. Muri,* for Amicus Curiae, Rhode Island Affiliate American Civil Liberties Union, for plaintiffs. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles,* for Americo Campanella. *Malcolm Farmer III,* for Americo Campanella. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Lynette Labinger,* for Joseph DiStefano, for defendants.

## April 18, 1977.

M. P. No. 77-131. WILLIAM H. BAILEY *v.* WILLIAM LAURIE *et al.* The State's motion to revoke the petitioner's bail is denied.

The writ of habeas corpus shall issue forthwith and this case is assigned to the calendar for Friday, April 22, 1977, at 9:30 a.m., for oral argument. Bevilacqua, C. J., not participating. *John A. O'Neill, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *Seymour Posner,* Special Asst. Attorney General, for respondent.

## April 21, 1977.

M. P. No. 76-312. TOWN OF NARRAGANSETT *v.* INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL-CIO LOCAL 1589. The defendant's motion for special assignment is granted and this case is assigned to the October 1977 calendar for oral argument. *James E. McGwin,* Asst. Solicitor, for plaintiff. *Hogan & Hogan, Thomas S. Hogan,* for defendant.